UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MATTHEW L. JOHNSON,

       Plaintiff,

v.

       File no: 1:15-CV-74

       HON. ROBERT J. JONKER

COMMISSIONER OF
SOCIAL SECURITY,

       Defendant.
_____/

## ORDER APPROVING MAGISTRATE'S REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties. Plaintiff has filed a response in which he states both plaintiff and defendant have no objections to the Report and Recommendation.

NOW THEREFORE, the Report and Recommendation (ECF No. 30) is hereby adopted as the opinion of the Court.

THEREFORE, IT IS ORDERED that:

Plaintiff's Motion for Attorney Fees Pursuant to 42 U.S.C. § 406(b) (ECF No. 25) is **GRANTED**. Plaintiff's counsel shall refund to Plaintiff $5,136.25 for previously awarded EAJA fees.

Dated:   September 22, 2020      /s/ Robert J. Jonker
                                                   ROBERT J. JONKER
                                                   CHIEF UNITED STATES DISTRICT JUDGE